IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD WEISMAN,                       : | |
|         Plaintiff,           : | |
|                                : | |
|       v.                              : | Civil No. 5:20-cv-06100-JMG |
|                                : | |
| PAUL BAUR, Wyomissing Borough Police : | |
| Detective, *et al.,*                  : | |
|         Defendants.        : | |

**ORDER TO SHOW CAUSE**

**AND NOW**, this 4th day of August, 2021, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. The Plaintiff *pro se*, Howard Weisman, will **SHOW CAUSE** why the Court should not dismiss this action for lack of subject matter jurisdiction;

2. The Plaintiff, if responding, must file a written response with the Court no later than **August 25, 2021**;

3. If the Plaintiff fails to respond to this Order to Show Cause, the Court will interpret his failure as an indication that he is unopposed to dismissal of this action.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge